WHEN RECORDED MAIL TO:

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NATIONWIDE JUDGMENT RECOVERY INC. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | CV 2:21-mc-00516 |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on  April 05, 2021
in favor of   NATIONWIDE JUDGMENT RECOVERY INC.
whose address is   8452 Katella Ave, Stanton CA 90680
and against   LISA PACIFICI
whose last known address is   1728 TIBURON CT, THOUSAND OAKS CA 91362
for $ 25,756.56    Principal, $ 2,186.98    Interest, $ 0    Costs, and $ 0.00    Attorney Fees.

ATTESTED this _____ day of  APR 16 2021 , 20__.
Judgment debtor's driver's license no. and state; _____    (last 4 digits) [x] Unknown.
Judgment debtor's Social Security number;  9219    (last 4 digits) [ ] Unknown.

[x] No stay of enforcement ordered by Court
[ ] Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

LISA PACIFICI

1728 TIBURON CT

THOUSAND OAKS CA 91362

CLERK, U.S. DISTRICT COURT

By _Paul Tamy_
Deputy Clerk

_Daniel Tamayo_

1246

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)    ABSTRACT OF JUDGMENT/ORDER